```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF NEW HAMPSHIRE


Robert V. Towle,
     Plaintiff

     v.                                     Civil No. 07-cv-65-SM

N.H. Department of Health
and Human Services, et al.,
     Defendants
```

## **O R D E R**

Plaintiff's objection to the Report and Recommendation (document no. 10) was treated as a motion to reconsider, which was denied by the magistrate judge. Plaintiff has not filed a renewed objection to the Report and Recommendation, but the court will treat the prior objection as timely and will presume plaintiff wishes to pursue it given that he has filed a premature appeal to the United States Court of Appeals for the First Circuit from the magistrate judge's denial of the objection [motion to reconsider]. Having now considered the Report and Recommendation and the order on reconsideration, and the previous objection as an objection to both the Report and Recommendation and the denial of a motion for reconsideration, I herewith approve the Report and Recommendation of Magistrate Judge Arenas dated August 16, 2007, and the order denying the "motion for

reconsideration" dated August 28, 2007.  Plaintiff's complaint is hereby dismissed, and the motion for preliminary injunction is denied as moot.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

September 7, 2007

cc:   Robert V. Towle, pro se
      Nancy Smith, Esq.
      John Vinson, NH DOC